IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>ARSEN DZHRAGATSPANYAN,<br><br>        Defendant and.<br>        Judgment Debtor.<br><br>PWS INC.,<br><br>        Garnishee. | Case No. 2:06-mc-00076-FCD-GGH<br><br>ORDER TRANSFERRING GARNISHMENT PROCEEDING TO CENTRAL DISTRICT OF CALIFORNIA |

      By request filed August 14, 2006, defendant/judgment debtor Arsen Dzhragatspanyan sought to transfer this garnishment proceeding "into Los Angeles county federal judicial district", to wit, the Central District of California, the locale in which defendant/judgment debtor resides and works. On August 29, 2006, plaintiff United States filed its statement of non-opposition to defendant's request. Accordingly, defendant/judgment debtor's request to transfer is hereby GRANTED, and this proceeding shall be transferred to the Central District of California.

      IT IS SO ORDERED.

DATED: September 15, 2006                            /s/ Frank C. Damrell Jr.
                                                                         FRANK C. DAMRELL, JR.
                                                                        United States District Judge